IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Holley Jr, Robert | Case Number: 07 B 20097 |
| | Judge: Squires, John H |
| Printed: 7/22/08 | Filed: 10/29/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: June 11, 2008
Confirmed: December 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,125.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,064.25 |
| Trustee Fee: | | 60.75 |
| Other Funds: | | 0.00 |
| Totals: | 1,125.00 | 1,125.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,360.00 | 1,064.25 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 8,284.65 | 0.00 |
| 4. | Internal Revenue Service | Priority | 1,855.78 | 0.00 |
| 5. | Illinois Dept of Revenue | Priority | 940.04 | 0.00 |
| 6. | Capital One | Unsecured | 1,887.05 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 0.01 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 1,045.55 | 0.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 179.54 | 0.00 |
| 10. | Calvary Portfolio Services | Unsecured | | No Claim Filed |
| 11. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 12. | Credit First | Unsecured | | No Claim Filed |
| | | | $ 17,552.62 | $ 1,064.25 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 60.75 |
| | $ 60.75 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Holley Jr, Robert | Case Number: 07 B 20097 |
| | Judge: Squires, John H |
| Printed: 7/22/08 | Filed: 10/29/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

